J. W. B. SHAW as Administrator d.b.n. of Estate of Edgar M. Drew, deceased, et al., v. J. R. GUNN, MARION E. GUNN, a feme sole, et al.

28 So. (2nd) 540
January 3, 1947

June Term, 1946
Division A

*Forrest O. Hobbs* and *T. D. Hobbs, Jr.,* for appellants.

*Alton T. Peacock,* for appellees.

PER CURIAM:

The decree in this case should be affirmed on authority of Sisson in LaPorte, 154 Fla. 860, 19 So. (2nd) 323 and Platt Cattle Co. v. Stott et al., 157 Fla. 286, 25 So. (2nd) 655.

It is so ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.